IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VELMA JEAN HUMPHREY and ROBERT LOWE, individually and as personal representative of the ESTATE OF O'PATRICK HUMPHREY and on behalf of O'Patrick Humphrey's SURVIVORS and the BENEFICIARIES of O'Patrick Humphrey's ESTATE,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>TONY SMITH, individually and in his official capacity,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 1:12-cv-366-WHA<br>)　　　　　(WO)<br>)<br>)<br>)<br>)<br>) |

## **JUDGMENT**

Pursuant to the Order entered in this case on this day, Final Judgment is entered in favor of the Defendants and against the Plaintiffs, and this case is dismissed.

Costs are taxed against the Plaintiffs.

Done this 13th day of September, 2012.

　　　　　　　　　　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE